# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CALVIN WILLIAMS

NO. 2019 KW 0716

FEB 1 0 2020

In Re:    Calvin Williams, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 31028.

---

BEFORE:    McCLENDON, WELCH, AND BURRIS,[1] JJ.

**WRIT GRANTED.** Although we recognize a judge has full power and authority to act even though a grounds for recusation exists, see La. Code Crim. P. art. 673, under the circumstances of this case, the pro se petitioner was unaware of the fact that the judge at issue had been assigned to his case until the petitioner received the ruling denying his application for postconviction relief. Therefore, in the interest of fairness, we vacate the district court's ruling denying the application for postconviction relief and remand this matter to the district court for further proceedings. See La. Code Crim. P. art. 671(A)(3); **State ex rel. McKenzie v. State**, 99-1657 (La. 11/5/99), 750 So.2d 973, 974 ("This district court judge who denied relator's application for post-conviction relief filed the state's appellate brief in relator's appeal in this court almost twenty years ago.... [T]he judge should have recused himself from post-conviction relief proceedings."). See also **State v. Connolly**, 2006-0540 (La. 6/2/06), 930 So.2d 951, 953-54 (per curiam).

**PMc**
**JEW**

**Burris, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving pro tempore by special appointment of the Louisiana Supreme Court.